**Order filed February 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00011-CV
_____

## IN THE INTEREST OF E.M.B AND H.A.B., CHILDREN

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2004-18320**

## O R D E R

The notice of appeal in this case was filed December 26, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the Clerk of this court on or before **March 12, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM